UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MUHAMMAD ARSHAD,

                Petitioner,

-against-                                   15 CIVIL 2138 (NRB)

## JUDGMENT

TRANSPORTATION SYSTEMS, INC.;
EXECUTIVE TRANSPORTATION GROUP
LTD.; LOVE LIMOUSINE NYC, LTD, d/b/a
BLUE LINE; JOHN ACIERNO; JEFFREY
ACIERNO; FRED SOLOMON; and HAIDER
"WALLY" HAIDERE,

                Respondent.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 27, 2023, the Court has rejected petitioner's application for an award of attorney's fees and costs. Further, the Court has confirmed the unopposed arbitration award in the sum of $5,750 plus statutory interest in the amount of $153.24; accordingly, the case is closed.

**Dated:**  New York, New York

       March 28, 2023

                                                    **RUBY J. KRAJICK**

                                                     **Clerk of Court**

               **BY:**    *K. Mango*

                                                     **Deputy Clerk**